**Order entered February 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00042-CR

**JONATHAN CHRISTOPHER RHODES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80244-2013**

## ORDER

We **GRANT** court reporter Niki D. Garcia's February 9, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

The clerk's record has not been filed and is now overdue. We **ORDER** the Collin County District Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to court reporter Niki D. Garcia and to Collin County District Clerk Andrea Stroh Thompson.

/s/    LANA MYERS
       JUSTICE